IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 12-00313 |
| DAVID VARGAS GUIDO | CHAPTER 13 |
| DEBTOR (S) | |

### MOTION FOR ENTRY OF ORDER TO DISALLOW POC#9(CRIM)

**TO THE HONORABLE COURT:**

**NOW COMES,** Debtors, through the undersigned attorney, and very respectfully states and prays:

1. In the above captioned case debtor filed an objection to POC#9 (CRIM), on 07/22/2012.DOCKET #47.

2. More than thirty (30) days have elapsed and creditor CRIM has not rebutted the objection.

3. DEBTOR prays for the disallowance of POC#9.

Wherefore debtor prays the Bankruptcy Court to disallow POC #9(CRIM), and for such other and further relief as may be just and proper.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF

participants, including the U.S. Trustee, Standing Chapter 13 Trustee, ALEJANDRO OLIVERAS RIVERA, and also mailed the same to any party in the attached list having been recognized in the Court Docket as non-CM/ECF participants.

In San Juan, Puerto Rico, this Monday, September 03, 2012.

/S/MIRIAM S. LOZADA RAMÍREZ
ATTORNEY FOR DEBTOR
296 RAMON E. BETANCES SUITE 5
Mayagüez, Puerto Rico 00680
TEL 787-834-3004
FAX(787)986-7346
miriamlozada@gmail.com